UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

BBP GENERAL PARTNERSHIP, et al,

        Defendants.
_____/

NO. CIV. S-07-395 LKK/KJM

O R D E R

    A status conference was held in chambers on May 14, 2007. After hearing, the court orders as follows:

1. A further status conference is set for August 6, 2007 at 11:30 a.m.

IT IS SO ORDERED.

DATED: May 17, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1