SCOTT N. JOHNSON, ESQ., SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>BBP General Partnership, et al<br><br>    Defendants. | Case No.: CIV.S 07-cv-00395-LKK-KJM<br><br>**Stipulation and *Proposed* ORDER to continue status conference and ORDER granting leave of court to file an amended complaint**<br><br>Scheduling Conference: August 6, 2007 |

   Plaintiff (Pro Se) and Defendant, Nor-Cal Distributors, Inc. by and through their attorney of record (Scott N. Johnson; Angela Schrimp de la Vergne) seek a continuance of the status conference which is currently scheduled for August 6, 2007 and leave of court to file a first amended complaint to include additional business owners and different property owners. A copy of the proposed First Amended Complaint is attached hereto as Exhibit A. Defendant, Nor-Cal Distributors, Inc. is no longer the business operator. Nor-Cal Distributors, Inc. has sold their interest in the business operations to Performance Warehouse Co. Defendant, BBP General

1

1  Partnership will remain as a Defendant as title is still held by BBP General Partnership.
2  Defendant BBP General Partnership has not been served and has not filed an answer.  It is
3  believed that Bluedog Properties Real Estate Investment Trust is the owner of BBP General
4  Partnership.

Dated: July 30, 2007  /s/Scott N. Johnson
SCOTT N. JOHNSON,
Plaintiff, In Pro Per

Dated: July 31, 2007  /s/Angela Schrimp de la Vergne
ANGELA SCHRIMP de la VERGNE,
Attorney for Defendants,
Nor-Cal Distributors, Inc.

**IT IS SO ORDERED**.

Dated: August 2, 2007   _____
JUDGE