MARTHA SHARP, SBN 193967
KELL, ALTERMAN & RUNSTEIN, LLP
520 S.W. YAMHILL, SUITE 600
PORTLAND, OR  97204-1329
TELEPHONE:  (503) 222-3531
FAX:  (503) 227-2980
E-MAIL:  msharp@kelrun.com

Attorneys for Defendants Baxter Auto Parts,
Inc. and Performance Warehouse Co.

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, | Case No. 2:07-cv-00395-LKK-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE PURSUANT TO LOCAL RULE 6-144 |
| BBP General Partnership; Baxter Auto Parts, Inc., Individually and d/b/a Baxter Auto Parts; Performance Warehouse Co., Individually and d/b/a Baxter Auto Parts; Bluedog Properties Real Estate Investment Trust, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-144, the parties hereby agree to extend the time by 30 days for Defendants Baxter Auto Parts, Inc., Individually and d/b/a Baxter Auto Parts; and Performance Warehouse Co., Individually and d/b/a Baxter Auto Parts (collectively, "Baxter Defendants") to respond to Plaintiff's Complaint from September 10, 2007 to October 9, 2007.

DATED this 6th day of September, 2007.

　/s/ Scott N. Johnson (as authorized on 9/6/07)　
Scott N. Johnson
Attorney for Plaintiff

　/s/Martha Sharp　
Martha Sharp
Attorneys for Baxter Defendants

IT IS SO ORDERED.

DATED:  September 10, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Page 1 – STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE PURSUANT TO LOCAL RULE 6-144**