SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>          Plaintiff,<br><br>     vs.<br><br>BBP General Partnership, et al,<br><br>          Defendants | Case No. **2:07-cv-00395-LKK-KJM**<br><br>**STIPULATION AND ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: October 9, 2007<br>Time: 2:30 pm<br>Courtroom: 4 |

      Plaintiff, Scott N. Johnson, and Defendants, Performance Warehouse, Co.; Baxter Auto Parts, Inc., by and through their designated counsel of record, (Scott N. Johnson; Martha Sharp) hereby stipulate to an extension of time in which to continue the status conference from October 9, 2007 to December 17, 2007. Defendants' attorney had filed a notice of settlement which relates solely to the business operators (Performance Warehouse Company and Baxter Auto Parts, Inc). Plaintiff agreed to settle this

case as to Defendants Performance Warehouse Co. and Baxter Auto Parts, Inc. only, on their representation that they are responsible for the interior of the subject property and are not responsible for the exterior of the subject property. The case will remain open with the remaining Defendants who are the property owners. A continuance to December 17, 2007 for the status conference will give the Plaintiff the opportunity to serve the remaining Defendants. This a case in which both the business operators and the property owners have changed during the course of litigation. Title to the property remains to be held by BBP General Partnership. However, BBP General Partnership has been sold to Bluedog Properties Real Estate Investment Trust and then resold to HRPT Properties Trust. The Plaintiff has provided a copy of the First Amended Complaint and summons to the property management firm at 9727 Business Park Drive Suite C, Sacramento, California and is waiting to receive a response. The licensed process server for the Plaintiff has also sent the First Amended Complaint and summons out for service on the east coast. The Plaintiff expects service on the property owners to be completed in the near future. If the Plaintiff is not successful in completing service on the property owners, the Plaintiff will need to amend the Complaint and include the property management company.

//

//

Dated:  October 3, 2007            /s/Scott N. Johnson _____

                                   Scott N. Johnson,

                                   Plaintiff, In Pro Per


Dated: October 3, 2007             /s/Martha_Sharp_____

                                   Martha Sharp,

                                   Attorney for Defendants

                                   Performance Warehouse Co.;

                                   Baxter Auto Parts, Inc.

**ORDER**

    IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to December 17, 2007 at 2:00 p.m.

Date:  October 4, 2007.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT